IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY LEE WEBB, JR., #246707, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv559-WHA |
| ) | |
| ALA. DEPT. OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On July 5, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Alabama Department of Corrections are DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(I).

2. The Alabama Department of Corrections is DISMISSED as a defendant in this action.

3. This case, with respect to the allegations set forth against the remaining defendants, is REFERRED back to the magistrate judge for appropriate proceedings.

Done this the 25th day of July, 2012.

        /s/ W. Harold Albritton
        SENIOR UNITED STATES DISTRICT JUDGE