IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RICKY LEE WEBB, JR., #246707, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-559-MEF |
| | ) |
| OFFICER WILKINS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On October 25, 2012, the Magistrate Judge filed a Recommendation (Doc. #35) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Plaintiff's motion to dismiss is GRANTED and this case is DISMISSED without prejudice.

DONE this the 21st day of November, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE